IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRACY L. FUNK,

      Plaintiff,                      No. CIV S-07-2304 JAM KJM P

     vs.

ARNOLD SCHWARZENEGGER

      Defendant.                ORDER

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action.  He has filed a "legal notice" (docket no. 10) informing the court that he intends to rely on pleadings in the case of Hudkins v. Schwarzenegger, Civ. No. S-07-2233 LEW KJM P.   Plaintiff is informed that even if he uses the same arguments as in the other case, the court will not simply incorporate those pleadings by reference: plaintiff must pursue his own action.

        Plaintiff has also filed a request to include additional exhibits (docket no. 11). Some of the materials he has submitted as part of his legal notice have nothing to do with the underlying action and some are simply newspaper articles; neither category of material advances the cause of action plaintiff asserted in his complaint.  However, he may include relevant exhibits with his amended complaint.

/////

1

1  IT IS THEREFORE ORDERED that

2  1. Plaintiff's request to include additional exhibits (docket no. 11) is denied without prejudice to relevant exhibits being made part of his amended complaint; and

2. To the extent that plaintiff's legal notice (docket no. 10) asks the court to incorporate materials from <u>Hudkins v. Schwarzenegger</u>, Civ. No. 07-2233 LEW KJM P by reference, it is denied.

DATED: May 30, 2008.

_____
U.S. MAGISTRATE JUDGE

2
funk2304.ord